IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| TERRY MCGLASSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 17-CV-3276 |
| ) | |
| THE MASCHHOFFS, LLC, ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

Plaintiff filed this case on November 22, 2017, through his counsel, Attorney David Levin. An Answer (d/e 6) was filed by Defendant on December 27, 2017, and the case progressed to a Rule 16 Scheduling Conference before the undersigned on February 8, 2018. A Scheduling Order was entered February 8, 2018 (d/e 13) setting discovery and other deadlines, and scheduling the matter on U.S. District Judge Sue Myerscough's trial calendar on May 21, 2019.

On April 9, 2018, Attorney David Levin filed his Motion for Leave to Withdraw as Counsel for Plaintiff (d/e 15) stating, among other reasons, that: "Plaintiff has failed substantially to fulfill an obligation his attorneys have asked him to perform that is fundamental to their services." Attorney

Levin's Motion for Leave to Withdraw as Counsel for Plaintiff was allowed by the undersigned and Attorney Levin was directed to notify Plaintiff of the Court's Text Order by personal service or certified mail.

Attorney Levin filed his Proof of Service (d/e 16), with attachments, on April 17, 2018, certifying that on April 11, 2018, a copy of the Motion and Text Order were served on Plaintiff via certified mail.   The Text Order advised Plaintiff that he must retain other counsel or file with the Clerk of the Court within 21 days of the entry of the Text Order his supplementary appearance stating an address at which service of notices or other papers may be had upon him.

Plaintiff did not comply with the Court's Text Order and the Court on August 31, 2018, entered a supplemental Text Order stating that nothing had been filed by Plaintiff and granting Plaintiff until September 17, 2018 to file a status report and show cause why the case should not be dismissed without prejudice for want of prosecution.

As of this date Plaintiff has not retained other counsel, entered an appearance that he plans to proceed pro se, or complied with the Text Order entered August 31, 2018 directing he file a status report by September 17, 2018.

For the above reasons, this Court RECOMMENDS that this matter be dismissed without prejudice for want of prosecution.

Any objections to this Report and Recommendation must be filed in writing with the Clerk of the Court within 14 days after service of a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to timely object will constitute a waiver of objections on appeal. Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). See also Local Rule 72.2.

ENTERED:   October 1, 2018

_____s/ Tom Schanzle-Haskins_____
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE